IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA PURDY,

    Plaintiff,                                      Case No.: 8:15-cv-00274-SCB-TBM

v.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,
and
JOHN KELLY BURNETTE,

    Defendants.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses the Complaint with prejudice.

Respectfully submitted this 20th day of March, 2014,

                                          /s/ Christina M. Cowart
                                          Christina M. Cowart
                                          FL Bar # 26744
                                          Seraph Legal, P.A.
                                          2002 E. 5th Avenue, Suite 104
                                          Tampa, FL 33605
                                          (813) 567-1230
                                          ccowart@seraphlegal.com
                                          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          /s/ Christina M. Cowart
                                          Christina M. Cowart,
                                          Florida Bar # 27644